FILED16 MAR '21 17:02USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-CR-87-HZ |
| | INDICTMENT |
| v. | |
| DARBY MARSHALL HOWARD, | 18 U.S.C. § 1361 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 11, 2021, in the District of Oregon, defendant DARBY MARSHALL HOWARD willfully damaged and destroyed, and attempted to damage and destroy, property owned by the United States, that is, the northern most plate glass office window on the west side of the Mark O. Hatfield United States Courthouse, which value exceeds $1000;

In violation of Title 18, United States Code, Section 1361.

///

///

///

///

///

///

///

Indictment                                                                                                          Page 1

<u>COUNT 1 2</u> 57B
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 11, 2021, in the District of Oregon, defendant DARBY MARSHALL HOWARD willfully damaged and destroyed, and attempted to damage and destroy, property owned by the United States, that is, the second most northern plate glass office window on the west side of the Mark O. Hatfield United States Courthouse, which value exceeds $1000.

In violation of Title 18, United States Code, Section 1361.

DATED: March 16, 2021.

A TRUE BILL.

[signature redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon

[signature]

GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney