IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21CR00087-HZ-01 |
| v. | |
| Darby Marshall Howard | MODIFICATION OF RELEASE CONDITIONS |

**IT IS ORDERED THAT defendant's pretrial release conditions be modified to include the following condition:**

- Travel is limited to the Western District of Kentucky and the District of Oregon for Court related purposes only unless prior approval is obtained from U.S. Pretrial Services.

**IT IS SO ORDERED THIS** __15th__ **day of** __April_____, 2021.

_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**