# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA,   Case No.   3:21-cr-00087-HZ

v.   DETENTION ORDER
(Violation of Pretrial Release)

DARBY MARSHALL HOWARD

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
☑ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
☐ the defendant stipulates he/she violated a condition of release, *and*

2. ☑ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
☐ defendant is unlikely to abide by any condition or combination of conditions of release.

Dated:   April 28, 2021

                                    /s/ Youlee Yim You
                                United States Magistrate Judge

DETENTION ORDER (Pretrial Release Violation)