C. Renée Manes
Assistant Federal Public Defender
Email: renee_manes@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>**DARBY MARSHALL HOWARD,**<br><br>　　　　　　　　　　Defendant. | Case No. 3:21-cr-00087-HZ<br><br>**DECLARATION OF C. RENÉE MANES IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE** |

I, C. Renée Manes, declare:

1.　I am the attorney appointed to represent Darby Marshall Howard in the above-entitled case.

2.　The trial in this case is presently scheduled for May 18, 2021. Mr. Howard was arraigned on March 17, 2021. No prior continuances of the trial date have been sought by the defense.

3. The continuance is requested to enable counsel to obtain discovery and then to investigate the facts in this case, as well as to request any additionally necessary discovery. Investigation for such purposes justifies a finding of excludable delay pursuant to 18 U.S.C. § 3l6l(h)(7)(A) and (B)(iv). Mr. Howard respectfully requests that this Court continue his case for approximately 63 days to allow him to complete the above tasks.

4. Mr. Howard agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3l6l(h)(7)(A) and (B)(iv) of the Speedy Trial Act.

5. I have asked Gregory R. Nyhus, Assistant U.S. Attorney, for his position on this issue, but I have not yet heard any resposne.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED this 4th day of May, 2021.

                                            /s/ C. Renée Manes
                                            C. Renée Manes
                                            Attorney for Defendant