PS 8(9/03)

ORIGINAL

# UNITED STATES DISTRICT COURT

For

DISTRICT OF OREGON

FILED 04 JUN '21 16:29 USDC-ORP

U.S.A vs. Darby Marshall Howard                Docket No. 3:21CR00087-HZ-01

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Darby Marshall Howard | 5/20/1998 | M | W | 22 |

ADDRESS

6000 Northeast 80th Avenue NWRRC, Portland, Oregon 97218

TO BE BROUGHT BEFORE

**U.S. District Court, Portland, Oregon**

| MARY L. MORAN | s/Farrell Patterson | 04/27/2021 |
|---|---|---|
| CLERK | (BY) Deputy Clerk | DATE |

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS

| NAME | (BY) | DATE |
|---|---|---|

DATE 4/27/21
ARRESTED BY Self-Surrender

U.S. MARSHAL

BY [signature]